

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2025

No. 04-25-00486-CR

**IN RE** John Bernard **WILLIAMS, III**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
                Lori Massey Brissette, Justice
                Velia J. Meza, Justice

Relator filed his petition for writ of mandamus on July 31, 2025. Relator has not attempted to comply with the rules applicable to petitions for writ of mandamus. *See* TEX. R. APP. P. 52. The petition for writ of mandamus is **DENIED**.

It is so **ORDERED** on August 20, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019CR6240, styled *State of Texas v. John Bernard Williams, III*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Kristina Escalona presiding.